THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT RODRIGUEZ, Appellant. [933 NYS2d 558]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Skelos and Dillon, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER SIMMS, Appellant. [933 NYS2d 558]—

The defendant's valid waiver of his right to appeal precludes review of his claim that he should have been sentenced as a youthful offender (*see People v Hidalgo*, 91 NY2d 733, 735 [1998]; *People v Allen*, 82 NY2d 761, 763 [1993]; *see also People v Valentin*, 15 AD3d 424 [2005]; *People v Friedlander*, 11 AD3d 556 [2004]; *People v Hubbard*, 288 AD2d 490, 490 [2001]; *cf. People v Johnson*, 14 NY3d 483, 486 [2010]). Prudenti, P.J., Rivera, Eng, Leventhal and Miller, JJ., concur.